1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney

2

3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division

4  CHRISTIAAN H. HIGHSMITH (CABN 296282)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7368
7       FAX: (415) 436-7027
        christiaan.highsmith@usdoj.gov
8
   Attorneys for United States of America

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                                OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,            )  CASE NO. CR-15-00547-3 JD
                                        )
14      Plaintiff,                      )  STIPULATION AND [PROPOSED] ORDER
                                        )  CONTINUING SENTENCING DATE
        v.                              )
15                                      )
   DANIEL JIMENEZ,                      )
16                                      )
        Defendant.                      )
17                                      )

18  STIPULATION

19      The United States of America and defendant Daniel Jimenez, by and through their respective

20  counsel, with the agreement of U.S. Probation, hereby stipulation and ask the Court to find as follows:

21      1. Defendant Jimenez is currently scheduled for sentencing on June 27, 2018.

22      2. Defendant Jimenez is facing a mandatory minimum sentence of 10 years. The government is

23         expected to recommend a sentence of greater than 10 years.

24      3. Counsel for the government has a conflict on the currently scheduled sentencing date of June 27,

25         2018. Specifically, counsel is scheduled to argue motions to suppress evidence in *United States*

26         *v. Daniel Chavez et al.*, Case No. CR. 15-285 LHK, in San Jose at 9:15 a.m. on June 27, 2018.

27      4. Given this conflict, counsel for the government, with the agreement of counsel for Mr. Jimenez

28

STIPULATION AND [PROPOSED] ORDER
CR-15-00547-3 JD

and the assigned Probation Officer, request that the Court continue sentencing in this matter until Wednesday, September 12, 2018.

Dated: June 6, 2018                                        Respectfully submitted

ALEX G. TSE
Acting United States Attorney

_____/s/_____
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

Dated: June 6, 2018                                       _____/s/*_____
SARA ZALKIN
Attorney for Defendant Daniel Jimenez

*signed by counsel for the United States
with permission of Attorney Zalkin

## [PROPOSED] ORDER

For good cause, and pursuant to the stipulation of the government and defendant Daniel Jimenez, and the agreement of the United States Probation Officer, IT IS HEREBY ORDERED that the sentencing date currently scheduled for June 27, 2018 for defendant Daniel Jimenez is continued to September 12, 2018.

IT IS SO ORDERED.

Dated: 6/14/2018                                         _____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE